EXHIBIT F

BLUETOOTH CORE SPECIFICATION                                              page 0



This Bluetooth Core Specification version 5.0 was amended on 2024-06-11 by the Bluetooth Core Specification Amendment: Core Configuration and Compliance Updates. The full text of the Amendment is appended to the end of this specification and begins here.

The Amendment alters this specification by adding, deleting, and changing content as follows:

**Added content**

The appended amendment contains the following new part and section for this specification:
- A new part for Volume 0: Part D *Core Configurations*
- A new section for Volume 3, Part C: Section 1.3 *Gap Requirements*

**Deleted content**
- Volume 0, Part B *Bluetooth Compliance Requirements* is deleted in its entirety.
- Volume 1, Part D *Mixing of Specification Versions* is deleted in its entirety.
- Section 2.5 of Volume 3, Part C *Generic Access Profile* is deleted in its entirety.
- Section 1.2 of Volume 3, Part F *Attribute Protocol (ATT)* is deleted in its entirety.
- Section 1.3 of Volume 3 Part G *Generic Attribute Profile (GATT)* is deleted in its entirety.

**Changed content**
- Volume 1, Part A *Architecture*
  - Affected Sections: 1.4; 2; 3.2.2; 5.2.1; 5.2.3; 5.2.4.2
- Volume 1, Part B *Acronyms & Abbreviations*
  - Affected Section: 1
- Volume 2, Part A *Radio Specification*
  - Affected Sections: 3.1.2; 3.2.2; 4.1.1; 4.2.1
- Volume 2, Part B *Baseband Specification*
  - Affected Section: A.7
- Volume 2, Part C *Link Manager Protocol Specification*
  - Affected Sections: 3.2; 4.7
- Volume 2, Part E *Host Controller Interface Functional Specification*
  - Affected Sections: 1; 1.1
- Volume 2, Part G *Sample Data*
  - Affected content: Cover page
- Volume 2, Part H *Security Specification*
  - Affected Sections: 2; 4.6
- Volume 3, Part A *Logical Link Control and Adaptation Protocol Specification*
  - Affected Section: 2.1
- Volume 3, Part C *Generic Access Profile*
  - Affected Sections: Foreword; 1.1; 2.2.2; 3.2.2.1; 3.2.2.1.1; 3.2.4.2; 6.4; 9.2.3.2; 9.2.4.2; 9.4.1; 13; 13.2; 14; 15.3; 16.2
- Volume 3, Part D *Test Support*
  - Affected Section: 1
- Volume 6, Part A *Physical Layer Specification*
  - Affected Section: 4.1
- Volume 6, Part F *Direct Test Mode*
  - Affected Section: 1



# Bluetooth Core Specification

v 5.0

# Master Table of Contents & Compliance Requirements

Specification of the **Bluetooth**® System

Specification Volume 0



**Covered Core Package Version:** 5.0
**Publication Date:** Dec 06 2016

Bluetooth SIG Proprietary



## Revision History

The Revision History is shown in the [Vol 0] Part C, Appendix.

## Contributors

The persons who contributed to this specification are listed in the [Vol 0] Part C, Appendix.

## Web Site

This specification can also be found on the official Bluetooth web site:
https://www.bluetooth.org/en-us/specification/adopted-specifications

## Disclaimer and Copyright Notice

Use of this specification is your acknowledgement that you agree to and will comply with the following notices and disclaimers. You are advised to seek appropriate legal, engineering, and other professional advice regarding the use, interpretation, and effect of this specification.

Use of Bluetooth specifications by members of Bluetooth SIG is governed by the membership and other related agreements between Bluetooth SIG and its members, including those agreements posted on Bluetooth SIG's website located at www.bluetooth.com. Any use of this specification by a member that is not in compliance with the applicable membership and other related agreements is prohibited and, among other things, may result in (i) termination of the applicable agreements and (ii) liability for infringement of the intellectual property rights of Bluetooth SIG and its members.

Use of this specification by anyone who is not a member of Bluetooth SIG is prohibited and is an infringement of the intellectual property rights of Bluetooth SIG and its members. The furnishing of this specification does not grant any license to any intellectual property of Bluetooth SIG or its members. THIS SPECIFICATION IS PROVIDED "AS IS" AND BLUETOOTH SIG, ITS MEMBERS AND THEIR AFFILIATES MAKE NO REPRESENTATIONS OR WARRANTIES AND DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF MERCHANTABILITY, TITLE, NON-INFRINGEMENT, FITNESS FOR ANY PARTICULAR PURPOSE, OR THAT THE CONTENT OF THIS SPECIFICATION IS FREE OF ERRORS. For the avoidance of doubt, Bluetooth SIG has not made any search or investigation as to third parties that may claim rights in or to any specifications or any intellectual property that may be required to implement any specifications and it disclaims any obligation or duty to do so.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, BLUETOOTH SIG, ITS MEMBERS AND THEIR AFFILIATES DISCLAIM ALL LIABILITY ARISING OUT OF OR RELATING TO USE OF THIS SPECIFICATION AND ANY INFORMATION CONTAINED IN THIS SPECIFICATION, INCLUDING LOST REVENUE, PROFITS, DATA OR PROGRAMS, OR BUSINESS INTERRUPTION, OR FOR SPECIAL, INDIRECT, CONSEQUENTIAL, INCIDENTAL OR PUNITIVE DAMAGES, HOWEVER CAUSED AND REGARDLESS OF THE THEORY OF LIABILITY, AND EVEN IF BLUETOOTH SIG, ITS MEMBERS OR THEIR AFFILIATES HAVE BEEN ADVISED OF THE POSSIBILITY OF THE DAMAGES.



If this specification is a prototyping specification, it is solely for the purpose of developing and using prototypes to verify the prototyping specifications at Bluetooth SIG sponsored IOP events. Prototyping Specifications cannot be used to develop products for sale or distribution and prototypes cannot be qualified for distribution.

Products equipped with Bluetooth wireless technology ("Bluetooth Products") and their combination, operation, use, implementation, and distribution may be subject to regulatory controls under the laws and regulations of numerous countries that regulate products that use wireless non-licensed spectrum. Examples include airline regulations, telecommunications regulations, technology transfer controls and health and safety regulations. You are solely responsible for complying with all applicable laws and regulations and for obtaining any and all required authorizations, permits, or licenses in connection with your use of this specification and development, manufacture, and distribution of Bluetooth Products. Nothing in this specification provides any information or assistance in connection with complying with applicable laws or regulations or obtaining required authorizations, permits, or licenses.

Bluetooth SIG is not required to adopt any specification or portion thereof. If this specification is not the final version adopted by Bluetooth SIG's Board of Directors, it may not be adopted. Any specification adopted by Bluetooth SIG's Board of Directors may be withdrawn, replaced, or modified at any time. Bluetooth SIG reserves the right to change or alter final specifications in accordance with its membership and operating agreements.

Copyright © 1999-2016. The Bluetooth word mark and logos are owned by Bluetooth SIG, Inc. Other third-party brands and names are the property of their respective owners.





Figure 1.4: Bluetooth clock

In the different modes and states a device can reside in, the clock has different appearances:

- CLKR          reference clock
- CLKN          native clock
- CLKE          estimated clock
- CLK          master clock

CLKR is the reference clock driven by the free running system clock. CLKN may be offset from the reference clock by a timing offset. In STANDBY and in Hold, Sniff, and Connectionless Slave Broadcast modes the reference clock shall have a worst case accuracy of +/-250ppm. In all other circumstances, it shall have a worst case accuracy of +/-20ppm; this accuracy shall also be used by the piconet master device while performing Piconet Clock Adjustment (see Section 8.6.10).

See Section 2.2.4 for the definition of CLK and Section 2.4.1 for the definition of CLKE.

The master may adjust its native clock during the existence of the piconet within certain limits (see Section 8.6.10.3). The master may also perform a coarse adjustment of the native clock by using the LMP_clk_adj sequence.

## 1.2 BLUETOOTH DEVICE ADDRESSING

Each Bluetooth device shall be allocated a unique 48-bit Bluetooth device address (BD_ADDR). The address shall be a 48-bit extended unique identifier (EUI-48) created in accordance with section 8.2 ("Universal addresses") of the IEEE 802-2014 standard (http://standards.ieee.org/findstds/standard/802-2014.html).

Creation of a valid EUI-48 requires one of the following MAC Address Block types to be obtained from the IEEE Registration Authority:

- MAC Address Block Large (MA-L)
- MAC Address Block Medium (MA-M)
- MAC Address Block Small (MA-S)



See http://standards.ieee.org/develop/regauth/index.html for information on obtaining one of these MAC Address Blocks. See also the "Guidelines for 48-bit Global Identifier (EUI-48)" (https://standards.ieee.org/develop/regauth/tut/eui48.pdf) for a tutorial on creation of EUI-48 addresses.

Figure 1.5 illustrates how the LAP, UAP, and NAP map to the EUI-48.
The bit pattern in Figure 1.5 is an example BD_ADDR.



*Figure 1.5: Format of BD_ADDR*

The BD_ADDR may take any values except those that would have any of the 64 reserved LAP values for general and dedicated inquiries (see Section 1.2.1).

### 1.2.1  Reserved Addresses

A block of 64 contiguous LAPs is reserved for inquiry operations; one LAP common to all devices is reserved for general inquiry, the remaining 63 LAPs are reserved for dedicated inquiry of specific classes of devices (see Assigned Numbers). The same LAP values are used regardless of the contents of UAP and NAP. Consequently, none of these LAPs can be part of a user BD_ADDR.

The reserved LAP addresses are 0x9E8B00-0x9E8B3F. The general inquiry LAP is 0x9E8B33. All addresses have the LSB at the rightmost position, hexadecimal notation. The default check initialization (DCI) is used as the UAP whenever one of the reserved LAP addresses is used. The DCI is defined to be 0x00 (hexadecimal).

### 1.3  ACCESS CODES

In the Bluetooth system all transmissions over the physical channel begin with an access code. Three different access codes are defined, see also Section 6.3.1:

- device access code (DAC)
- channel access code (CAC)
- inquiry access code (IAC)

All access codes are derived from the LAP of a device address or an inquiry address. The device access code is used during **page**, **page scan** and **page response** substates and shall be derived from the paged device's BD_ADDR. The channel access code is used in the **CONNECTION** state,



### 3.2.2 Bluetooth Device Name (the user-friendly name)

#### 3.2.2.1 Definition

This Section was amended on 2024-06-11 by the Bluetooth Core Specification Amendment: Core Configuration and Compliance Updates. See page 0 for more information.

The Bluetooth device name is the user-friendly name that a Bluetooth device exposes to remote devices. For a device supporting the BR/EDR device type, the name is a character string returned in the LMP_name_res in response to an LMP_name_req. For a device supporting the LE-only device type, the name is a character string held in the Device Name characteristic as defined in Section 12.1.

##### 3.2.2.1.1 Bluetooth Device Name in a Device with BR/EDR/LE Device Type

This Section was amended on 2024-06-11 by the Bluetooth Core Specification Amendment: Core Configuration and Compliance Updates. See page 0 for more information.

A BR/EDR/LE device type shall have a single Bluetooth device name which shall be identical irrespective of the physical channel used to perform the name discovery procedure.

For the BR/EDR physical channel the name is received in the LMP_name_res. For the LE physical channel the name can be read from the Device Name characteristic as defined in Section 12.1.

Note: The Device Name Characteristic of the local device can be read by a remote device using ATT over BR/EDR if the local device supports ATT over BR/EDR.

#### 3.2.2.2 Term on user interface level

When the Bluetooth device name is referred to on UI level, the term 'Bluetooth Device Name' should be used.

#### 3.2.2.3 Representation

The Bluetooth device name can be up to 248 bytes (see [Vol 2] Part C, Section 4.3.5). It shall be encoded according to UTF-8 (therefore the name entered on the UI level may be restricted to as few as 62 characters if codepoints outside the range U+0000 to U+007F are used).

A device cannot expect that a general remote device is able to handle more than the first 40 characters of the Bluetooth device name. If a remote device has limited display capabilities, it may use only the first 20 characters.



# 15 BLUETOOTH DEVICE REQUIREMENTS

## 15.1 BLUETOOTH DEVICE ADDRESS

All Bluetooth devices shall have a Bluetooth Device Address (BD_ADDR) that uniquely identifies the device to another Bluetooth device. The specific Bluetooth Device Address requirements depend on the type of Bluetooth device.

### 15.1.1 Bluetooth Device Address Types

#### 15.1.1.1 Public Bluetooth Address

A Bluetooth public address used as the BD_ADDR for the BR/EDR physical channel is defined in [Vol 2] Part B, Section 1.2. A Bluetooth public address used as the BD_ADDR for the LE physical channel is defined in [Vol 6] Part B, Section 1.3.

#### 15.1.1.2 Random Bluetooth Address

A random device address used as the BD_ADDR on the LE physical channel is defined in Section 10.8.

## 15.2 GATT PROFILE REQUIREMENTS

The requirements for supporting a GATT Client or GATT Server are specified in Table 15.1.

|  | BR/EDR GAP Role | LE Broadcaster | LE Observer | LE Peripheral | LE Central |
|---|---|---|---|---|---|
| **GATT Client** | O | E | E | O | O |
| **GATT Server** | C1 | E | E | M | M |
| C1: Mandatory if the GATT profile is supported on the BR/EDR physical transport; otherwise excluded ||||||

Table 15.1:  Requirements based on GAP Roles Supported