IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ONE-E-WAY, INC., *Plaintiff*, v. DELL TECHNOLOGIES INC. and DELL INC., *Defendants.* | CIVIL ACTION NO. 1:24-cv-01558-RP (LEAD)  **JURY TRIAL DEMANDED** |
| ONE-E-WAY, INC., *Plaintiff*, v. ANKER INNOVATIONS, LTD., *Defendants.* | CIVIL ACTION NO. 1:24-cv-01559-RP  **JURY TRIAL DEMANDED** |
| ONE-E-WAY, INC., *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD, and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants.* | CIVIL ACTION NO. 1:24-cv-01561-RP  **JURY TRIAL DEMANDED** |

**ORDER GRANTING LEAVE TO FILE AN AMENDED COMPLAINT AGAINST DEFENDANTS DELL TECHNOLOGIES INC. AND DELL INC.**

Before the Court is Plaintiff One-E-Way, Inc.'s ("OEW") Motion for Leave to File an Amended Complaint Against Defendants Dell Technologies Inc. and Dell Inc. ("Motion for Leave"), pursuant to Rule 15 of the Federal Rules of Civil Procedure.

1

In support of its Motion for Leave, Plaintiff notes that this Court has the discretion to grant or deny a request for leave to file an amended pleading. Plaintiff has further argued that Fed. R. Civ. P. 15(a)(2) makes clear that courts "should freely give leave when justice so requires." This case is at an early stage, and Plaintiff has represented to the Court that the amendment of Plaintiff's Complaint is not sought out of bad faith or dilatory motive.

The Court having considered the Motion for Leave and being fully advised of the circumstances, it is ordered and adjudged that Plaintiff's Motion for Leave to File an Amended Complaint Against Defendants Dell Technologies Inc. and Dell Inc.is hereby GRANTED, and that the First Amended Complaint attached to the Plaintiff's Motion for Leave shall be deemed filed as of the date of this Order.

SIGNED on this the _____ day of _____, 2025.

_____
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE